Denisha D. Daughtry
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation - District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4267
Fax: (202) 305-7000
Email: Denisha.d.Daughtry@usdoj.gov

*Counsel for Defendant U.S. Citizenship and Immigration Services*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT POWELLS, <br> LAURA MARIA POWELLS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP & <br> IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. 3:22-cv-362-MMD-CSD <br><br> **ORDER GRANTING** <br> **DEFENDANT'S FIRST UNOPPOSED** <br> **MOTION FOR EXTENSION OF TIME** <br> **TO ANSWER OR OTHERWISE** <br> **RESPOND TO THE COMPLAINT** |

Without waiving any defenses that may be available in this case, the defendant moves this court for a 60-day extension of time, from October 20, 2022, to December 19, 2022, by which to answer or otherwise respond to plaintiff's Complaint in this matter. This is defendant's first motion for extension of time.

This action seeks review of an administrative decision by the defendant denying plaintiff's petition for alien relative. Counsel was very recently informed that plaintiff withdrew their administrative appeal of the agency's decision. Considering this new information counsel requests additional time to confer with the agency before preparing a response to the Complaint.

This request is made in good faith and not for purposes of delay.

On October 19, 2022, the undersigned counsel emailed counsel for plaintiff regarding this motion. Plaintiff's counsel has responded and indicated that plaintiff does not oppose this motion.

Accordingly, defendant requests a 60-day extension of time to and including December 19, 2022, by which to file an answer or otherwise respond to plaintiff's Complaint.

Respectfully submitted this 20th day of October 2022,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
    U.S. Department of Justice, Civil Division

    WILLIAM C. PEACHEY
    Director
    Office of Immigration Litigation
    District Court Section

    SARAH L. VUONG
    Senior Litigation Counsel
    Office of Immigration Litigation
    District Court Section

    /s/ Denisha D. Daughtry
    Denisha D. Daughtry
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4267
    Fax: (202) 305-7000
    Email: Denisha.D.Daughtry@usdoj.gov

    *Counsel for Defendant*

IT IS SO ORDERED.

DATED: October 21, 2022.

_____
UNITED STATES MAGISTRATE JUDGE