Jonathan D. Wasden
Wasden Law
9427 Goldfield Lane
Burke, VA 22015
843-872-4978
jon@wasden.law
Appearing Pro Hac Vice
Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT POWELLS AND LAURA MARIA POWELLS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | CASE NO.:   3:22-cv-362-MMD-CDS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case without prejudice. The parties further stipulate any findings of inadmissibility, fraud, or material misrepresentation with respect to Plaintiffs Robert Powells and Laura Maria Powells have been withdrawn and are not applicable to future proceedings. The parties agree to bear their own costs and fees.

Dated: February 9, 2023.                              Respectfully submitted,


/s/Jonathan D. Wasden                         BRIAN M. BOYNTON
Jonathan D. Wasden                            Principal Deputy Assistant Attorney General
Wasden Law                                    U.S. Department of Justice, Civil Division
9427 Goldfield Lane
Burke, VA 22015                               WILLIAM C. PEACHEY

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER - 1

| | |
|---|---|
| 843-872-4978<br>jon@wasden.law<br>Appearing Pro Hac Vice<br><br>PETER ASHMAN<br>ASHMAN IMMIGRATION LAW<br>617 S. 8TH Street, Suite B<br>Las Vegas, NV 89101<br>(702)735-1112<br>ashmanimmihrationlaw@gmail.com<br><br>*Attorney for the Plaintiffs* | Director<br>Office of Immigration Litigation<br>District Court Section<br><br>T. MONIQUE PEOPLES<br>Senior Litigation Counsel<br><br>*/s/ Denisha Daughtry*<br>DENISHA D. DAUGHTRY<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4267<br>Fax: (202) 305-7000<br>Email: Denisha.d.daughtry@usdoj.gov<br><br>*Counsel for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 9, 2023

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER - 2